UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**SUNIL CHINTAMAN PENDSE**,

      *Plaintiff*,

  v.

**WARDEN**, *et al.*,

      *Defendants*.

No. 1:25-cv-19125

**ORDER**

---

**THIS MATTER** comes before the Court by way of a Petition for Writ of Habeas Corpus, (ECF No. 1), and the Court's prior January 4, 2026 Order. (ECF No. 3). The Court held a hearing on January 6, 2026. For the reasons stated on the record and good cause shown,

**IT IS,** on this <u>6th</u> day of <u>January</u>, 2026,

**ORDERED** that Petitioner's § 2241 Petition is **GRANTED**; Respondents shall **IMMEDIATELY RELEASE** Petitioner under the same conditions that existed prior to his detention; and it is further

**ORDERED** that Respondents shall file a letter on the docket confirming the date and time of Petitioner's release and are **PERMANENTLY ENJOINED** from rearresting or otherwise detaining Petitioner under § 1225, which this Court has found inapplicable to him; and it is further

**ORDERED** that any future detention or re-detention of Petitioner must comply with all statutory and constitutional requirements, including the identification of a lawful statutory basis for detention and the provision of adequate procedural and substantive due process; and it is further

**ORDERED** that, to the extent Respondents seek to re-arrest or otherwise re-detain Petitioner under any statutory authority, including but not limited to §§ 1225, 1226, or 1231, this

Court shall retain jurisdiction over this matter, and Petitioner may move to reopen these proceedings before this Court without the need to file a new habeas petition; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

*[signature: Christine A. O'Hearn]*
**CHRISTINE P. O'HEARN**
**United States District Judge**