# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUNIL CHINTAMAN PENDSE**,

        *Petitioner*,

    v.

**WARDEN**, *et al.*,

        *Respondents*.

No. 25-cv-19125

**ORDER**

    **THIS MATTER** comes before the Court by way of Petitioner's *pro se* Motion to Reopen the Case and Enforce the Court's January 6, 2026 Habeas Order based on Respondents alleged failure to return Petitioner's personal property. (ECF No. 10-1); and

    **WHEREAS**, on January 6, 2026, the Court granted the Petition for Writ of Habeas Corpus, and ordered Respondents to immediately release Petitioner from their custody "under the same conditions that existed prior to his detention." (ECF No. 7); and

    **WHEREAS**, Petitioner now asserts that, although he was unconditionally released, Respondents have not returned certain personal property that was in Petitioner's possession at the time of his detention, as set forth in a property receipt, including: (1) a cell phone; (2) a Canadian passport; (3) Two Employment Authorization Documents (EADs); (4) a Social Security card; and (5) a New Jersey Driver's License. (ECF No. 10-1); and

    **WHEREAS**, despite repeated requests and diligent attempts to coordinate with ICE to retrieve his property, Petitioner has inexplicably not received a response. (*Id.*); therefore

    **IT IS,** on this <u>10th</u> day of <u>February</u> 2026,

**ORDERED** Respondents shall file a letter on the docket by <u>4:00 p.m. on Thursday, February 12, 2026</u>, responding to Petitioner's letter and setting forth the full and complete extent Respondent's efforts to locate and return Petitioner's property. Such response shall be supported by an affidavit or other statement under oath from an individual with personal knowledge of the relevant facts.

**CHRISTINE P. O'HEARN**
**United States District Judge**

2